UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FETZER,

    Plaintiff,

v.                                 Case No.:  2:25-cv-9-SPC-NPM

COURTNEY JONES, SHEVAUN
HARRIS, BEN SLOCUM, GARAD
ANDERSON, FISHER and RAYAS,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Daniel Fetzer's Civil Rights Complaint (Doc. 1). Fetzer is detained in the Florida Civil Commitment Center and sues several state officials under 42 U.S.C. § 1983. United States Magistrate Judge Nicholas Mizell granted Fetzer leave to proceed *in forma pauperis*, so the Court must review the complaint to determine whether it is frivolous or malicious, fails to state a claim, or seeks monetary damages from anyone immune from such relief. *See* 28 U.S.C. § 1915(e)(2).

Fetzer's complaint does not comply with Federal Rule of Civil Procedure 10, which requires a party "state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances."

This rule is important. It enables defendants to respond to each factual claim, which alerts the court and the parties to the factual claims that are in dispute.

Fetzer presents his claims in narrative paragraphs that blend claims against different defendants and are based on different legal theories. His failure to comply with Rule 10 hinders the Court's ability to conduct the required preliminary review and does not give each defendant fair notice of the claims asserted against them. To continue with this action, Fetzer must file an amended complaint that complies with Rule 10.

Accordingly, it is now

**ORDERED:**

Plaintiff Daniel Fetzer's Civil Rights Complaint (Doc. 1) is **DISMISSED without prejudice**. Fetzer may file an amended complaint by February 6, 2025. **Otherwise, the Court will enter judgment and close this case without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida on January 16, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record