UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FETZER,

    Plaintiff,

v.                                                        Case No.:  2:25-cv-9-SPC-NPM

COURTNEY JONES, SHEVAUN
HARRIS, BEN SLOCUM, GARAD
ANDERSON, FISHER and RAYAS,

    Defendants.
_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff Daniel Fetzer's Amended Civil Rights Complaint (Doc. 8). The Court dismissed Fetzer's original complaint because it did not comply with federal pleading rules and gave Fetzer instructions on how to proceed:

> Fetzer's complaint does not comply with Federal Rule of Civil Procedure 10, which requires a party "state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances." This rule is important. It enables defendants to respond to each factual claim, which alerts the court and the parties to the factual claims that are in dispute.
>
> Fetzer presents his claims in narrative paragraphs that blend claims against different defendants and based on different legal theories. His failure to comply with Rule 10 hinders the Court's ability to conduct the required preliminary review, and it does not give each defendant fair notice of the claims asserted against them. To continue with this action, Fetzer must file an amended complaint that complies with Rule 10.

(Doc. 5).

Fetzer ignored the Court's instructions and Rule 10 in drafting his amended complaint. It suffers from the same deficiencies as Fetzer's original complaint. Because Fetzer failed to comply with the Court's order and federal pleading standards, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate any pending deadlines and motions, enter judgment, and close this case. Because the dismissal is without prejudice, Fetzer may file a new complaint under a new case number, but it must comply with federal pleading standards.

**DONE** and **ORDERED** in Fort Myers, Florida on February 5, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record